UNITED STATES DISTRICT COURT FOR
THE NORTHEN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JUAN CERVANTES**<br><br>    **Plaintiff,**<br><br> vs.<br><br>**ARDAGH GROUP**<br><br>    **Defendant** | **Docket: <u>1:16-cv-11080</u>**<br><br><u>**AFFIDAVIT OF JUAN RICARDO CERVANTES**</u> |

JUAN RICARDO CERVANTES, of full age with his full diligence and competence, does hereby certify as follows:

  1.  I have personal knowledge of the facts sets forth herein and submit this affidavit with full knowledge and honesty.

  2.  I am a Hispanic male and the Plaintiff.

  3.  In 1998, my father (Juan Cervantes Sr.) and I filed an EEOC discrimination charge against the Defendant.

  4.  I was hospitalized two days prior to the day in question due to blood pressure irregularities and went to work to fulfill my company duties on my day-off.

  5.  I worked my full day shift and then David Foley (a junior employee to Plaintiff) asked if I could work overtime.

  6.  I told David Foley "absolutely not" due to my recent medical condition.

  7.  It is company policy that between two employees, the senior employee can either accept or reject overtime work and the junior employee is forced to accept the results.

  8.  My shift ended at 4:00pm and did not have a ride home and my father asked if I could help him fix the "INEX" machine because he was demanded to fix the machine.

  9.  I stayed clocked in and helped him fix the machine, as it was company policy to not leave a machine broken and clock-out.

  10.  It was also company routine that employees assisted/helped other employees after their shift.

11. During the time in question, I did not have my radio because I had ended my shift and did not intentionally ignore any calls/assignments from Katina Stewart (Trebble), who was the supervisor that afternoon.

12. Katina approached me and asked me why I did not have a radio. I told her that I did not drive to work that day due to my recent discovered illness and that I was assisting my father, whom was demanded to not leave until machine was totally fixed. That Juan Sr. would drive me home due to not feeling well. That we leave as soon as the total repair occurred.

13. As a result, I was demoted for insubordination because I "did not answer" Katina's radio calls.

14. The Defendant treats all non-African-American employees differently.

15. The supervisors are also African-American.

16. Additionally, the African-American employees always try to attain an unfair advantage to try to get overtime and usually succeed because they are African-American as are the Supervisors who agree to the overtime work.

17. I am a dedicated mechanic, who works hard and always offers to work extra shifts for the benefit of the company (Defendant).

18. Ultimately, the only reason for my demotion was because I am **not** African-American.

I make this Affidavit with the knowledge and belief that the Court shall rely upon the same. I declare under penalty of perjury that the foregoing is true and correct.

Dated: August _____, 2017

By:_____
Juan Ricardo Cervantes

**Subscribed and Sworn to before me this**

_____day of _____, 20___.

_____
Notary Public
My Commission Expires on _____

3