# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JUAN CERVANTES, | ) |
|        Plaintiff, | ) CASE NO. 1:16-cv-11080 |
| v. | ) Judge Ronald A. Guzman |
| ARDAGH GROUP, | ) Magistrate Judge Jeffrey T. Gilbert |
|        Defendant. | ) |

## DEFENDANT'S OBJECTION TO PLAINTIFF'S REVISED COUNTER-STATEMENT OF UNDISPUTED FACTS

1. On September 1, 2017, Plaintiff filed a Response Brief to Defendant's Motion for Summary Judgment, which included a counter-statement of facts with supporting declarations. On September 11, 2017, Ardagh filed a comprehensive response to Plaintiff's initial Counter-Statement of Undisputed Facts (83 paragraphs). Ardagh also filed a Motion to Strike Plaintiff's Counter-Statement because if violated several local and federal rules.

2. On September 13, 2017, this Court issued a minute order instructing Plaintiff to file a *brief* in response, limited to *5 pages*.

3. On September 27, 2017, filed such brief. But Plaintiff also filed: (1) a brand new Counter-Statement of Undisputed Facts, presumably in an effort to cure the deficiencies; (2) a new declaration from the Plaintiff; and (3) his own Motion to Strike Defendant's Statement of Undisputed Facts, which had not been timely filed with his opposition papers to summary judgment. *See Griggs v. Marion Hosp. Corp.*, No. 2004-CV-4241-JPG, 2005 WL 1802249, at *2 (S.D. Ill. July 28, 2005) (failure to object to admissibility issues is a waiver of the objections).

4. Defendant has already spent more than 75 hours responding to the prior submissions and does not believe it appropriate for Plaintiff to use his Response to the Motion to Strike as "do over" on his responsive pleadings. Indeed, at some point, briefing must end and matters must be submitted for ruling by the Court.

**DEFENDANT'S OBJECTION TO PLAINTIFF'S REVISED COUNTER-STATEMENT**

WHEREFORE, Ardagh requests the Court strike all submissions except the 5-page brief that responds to the motion to strike, or in the alternative permit Ardagh 30 days to respond to the same.

Respectfully submitted,

September 28, 2017

**ARDAGH GLASS INC.**

By: *s/ Rachel Cowen*
Rachel Cowen-06217360
rachel.cowen@dlapiper.com
Sabreena El-Amin-6318445
Sabreena.el-amin@dlapiper.com
DLA Piper LLP (US)
444 W. Lake St., Suite 900
Chicago, Illinois 60606

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

  Sabreena El-Amin, an attorney, certifies that on September 28, 2017, she caused a copy of the foregoing Notice of Defendant's Motion to Strike to be filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to the following parties:

  David Rubenstein, Esq.
  Rubenstein Business Law
  30 S. Wacker Drive, 22nd Flr.
  Chicago, IL 60606

  *Attorney for Plaintiff*

               *s/ Sabreena El-Amin*
               Sabreena El-Amin